Pro Se 14 (INND Rev. 2/20) page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.*]

FILED
05/25/2023 PUT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

Rafeal Jamal Sanders
[*You are the PLAINTIFF, print your full name on this line.*]

v.

Allen county Jail ET. AL.
Allen county Sheriff
Allen county Jail commander

[*The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

Case Number  3:23-cv-489
[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*]  Allen county Jail ET AL  Allen county Sheriff  Allen county Jail commander | 417 South Calhoun St  Fort Wayne IN. 46802 |
| 2 | [*Put the names of any other defendants in these boxes.*] |  |
| 3 |  |  |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? Allen County Jail 417 South Calhoun St

3. Did the event you are suing about happen there? ⊗ Yes.  ◯ No, it happened at: _____

4. On what date did this event occur? August 18th or About 2022

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)                                                                                                              page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On May 11th 2022 was processed in the Allen County Jail at which time I seen the medical staff and was given a Bottom Bunk pass Due to being shot and complication of this still in effect.

2.) On or About August 2022 I went to Segragation unit for Disaplinary at which time I was put in a cell with 2 other inmates and I was told to bunk in the top bunk. I told them I had a bottom Bunk pass they said oh well shut up.

3.) On August 18th or about. I stepped down from the top Bunk and stepped in water that was on the floor as flooding was comming in the cell from under the door. I slipped and fell as I did my face hit the toilot and this Broke my Jaw and was taken to the Hospital.

4.) I went to Lutheren Hospital on Jefferson out west had Surgery and Stayed 8 days at

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

4 cont.) The Lothren Hospital.

5.) Upon Returning to The Jail I was put Back in The cell in Segregation and Back on top. and was told again to shut up and lay down

6.) I filed a greivance 1st in cell for Being on Top Bunk filed again upon Returning from the Hospital and Neither one was Never answered.

7.) Day of Returning from Hospital The Night Nurse Around 10pm Told Officers on 2nd Shift To get me out of That Cell and put me in The medical Unit Which They Did finally later That Night-

8.) Was in Medical Block for 6-8 Wks Then Returned to The population and went to Work Release on Jan 6th 2023.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
    ○ Before I was confined.
    ⊗ While I was confined awaiting trial.
    ○ After I was convicted while confined serving the sentence.
    ○ Other: _____

6. Have you ever sued anyone for this exact same event?
    ⊗ No.
    ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    ○ No, this event is not grievable at this prison or jail.
    ⊗ Yes, I filed a grievance and attached is a copy of the response from the final step.
    ○ Yes, this event was grievable, but I did not file a grievance because __They Never answered my grievances__

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

    to follow the Rules and pay me for Their Neglegence and causing me to feel off The Bunk when I was to be on a Bottom Bunk.

[Initial Each Statement]

RJS    I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
RJS    I will keep a copy of this complaint for my records.
RJS    I will promptly notify the court of any change of address.
RJS    I WILL NOT send more than one copy of any filing to the court.
RJS    I WILL NOT send summons, USM-285, or waiver forms to the clerk.
RJS    I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 5/22/2023 at 12:00 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____          213250
Signature                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]