UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RAFEAL J. SANDERS, <br><br> Plaintiff, <br><br> v. <br><br> ALLEN COUNTY JAIL, et al., <br><br> Defendants. | CAUSE NO. 3:23-CV-489-DRL-MGG |

## ORDER

Rafeal J. Sanders, a prisoner without a lawyer, filed this case in the South Bend Division raising claims based on events which occurred in Allen County Jail which is located within the geographical boundaries of the Fort Wayne Division. Under N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the Fort Wayne Division.

SO ORDERED on June 2, 2023

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge